IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>JAVIER R. LOZOYA MENCHACA,<br><br>　　　　　　Defendant. | **8:16CR248**<br><br>**ORDER** |

　　　This matter is before the court on defendant's MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS [226]. The record shows that this deadline expired on May 2, 2017. The court finds that the defendant has not shown good cause for extending the deadline.

　　　**IT IS ORDERED:**

　　　1.　　Defendant's MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS [226] is denied without prejudice to refiling of the motion, along with the defendant's affidavit as required by NECrimR 12.3(a).

　　　Dated this 17th day of July, 2017.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　s/ Michael D. Nelson
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge