# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JAVIER R. LOZOYA MENCHACA,<br><br>                Defendant. | 8:16CR248<br><br>JUDGMENT |

For the reasons set out in the Memorandum and Order of this date,

IT IS ORDERED:

1. The Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 462, is denied; and

2. The Clerk will mail a copy of this Judgment to Defendant at the Defendant's last known address.

Dated this 4th day of February 2019.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge